UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS GRAZIANO,

     Plaintiff,

v.                                                     Case No.:  2:22-cv-34-SPC-KCD

JEFFREY S. SCHELLING, P.A.,

     Defendant.

_____/

## **ORDER**

     Plaintiff Thomas Graziano moves to compel discovery from Defendant that he says was never answered. (Doc.  134.) Defendant has responded, claiming that defense counsel "mistakenly believed the verified answers were served on counsel." (Doc. 135 at 2.) Given Defendant's representation, Plaintiff's request for an order compelling discovery is moot. Plaintiff can file a new motion to the extent needed to challenge the sufficiency of any discovery responses, or if Defendant's account is incorrect.

     As for Plaintiff's request for fees and costs, the Court will award neither given the conferral issues raised in Defendant's response. (Doc. 134 at 10); *see* Fed. R. Civ. P. 37(a)(5)(A)(i).

     Accordingly, it is now **ORDERED**:

     Plaintiff's Motion to Compel (Doc. 134) is **DENIED**.

**ENTERED** in Fort Myers, Florida on August 31, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record