| | |
|---|---|
| **From:** | Alicia M. Kupcinskas |
| **To:** | Richard; Ronald Hollander |
| **Cc:** | Scott R. Rost; Jillian M. Durrance |
| **Subject:** | GOOD FAITH? FW: Activity in Case 2:22-cv-00034-SPC-KCD Graziano v. Eagle Creek of Naples Condominium Assoc., Inc. et al Motion to Compel |
| **Date:** | Thursday, June 22, 2023 10:03:30 AM |
| **Importance:** | High |

Richard/Ron,

I just received the below Motion to Compel. I am a bit confused for a few reasons. First, after submission of the Amended Interrogatories, there was no conferral or good faith correspondence outlining your "issues" with the amendments. That alone will defeat your Motion in federal court. Second, after your phone conference with Scott, it was my understanding that you were specifically looking for amended answers relating to damages ONLY. If that is incorrect, your requirement to have a good faith conferral on the issue would have cleared that up immediately. Please withdraw your motion as it is premature and we can internally address your "issues" as required by the Federal Rules of Civil Procedure. I can be available this afternoon or tomorrow any time before 2:00.

Thank you,

**ALICIA M. KUPCINSKAS**
Partner

**P:** 904.366.2324
**F:** 904.366.1501
**E:** amkupcinskas@bmdpl.com



**BRENNAN MANNA DIAMOND**
5210 Belfort Road, Suite 400,
Jacksonville, FL 32256

**\*\*We have moved!** Please note our new address: 5210 Belfort Road, Suite 400, Jacksonville, FL 32256

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Thursday, June 22, 2023 9:47 AM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 2:22-cv-00034-SPC-KCD Graziano v. Eagle Creek of Naples Condominium Assoc., Inc. et al Motion to Compel

**EXHIBIT A**

**\*\*External User\*\***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered by Hollander, Richard on 6/22/2023 at 9:46 AM EDT and filed on 6/22/2023

**Case Name:**  Graziano v. Eagle Creek of Naples Condominium Assoc., Inc. et al
**Case Number:**  2:22-cv-00034-SPC-KCD
**Filer:**  Jeffrey S. Schelling, P.A.
**Document Number:** 128

**Docket Text:**
**MOTION to Compel Plaintiff to Provide Complete Answers to Interrogatories by Jeffrey S. Schelling, P.A.. (Attachments: # (1) Exhibit 1 - Responses, # (2) Exhibit 2 - Amended Responses)(Hollander, Richard) Motions referred to Magistrate Judge Kyle C. Dudek.**

**2:22-cv-00034-SPC-KCD Notice has been electronically mailed to:**

Alicia M Kupcinskas     amkupcinskas@bmdpl.com, jmdurrance@bmdpl.com

Angelise Marie Petrillo     ampetrillo@insurancedefense.net, afraas@insurancedefense.net

Brian A. Ramos     bramos@boydlawgroup.com

Joseph G. Riopelle     jriopelle@boydlawgroup.com, aduen@boydlawgroup.com, serviceTPA@boydlawgroup.com

Melissa H. Jeda     melissaj@floridabankruptcy.com, mhbknotices@outlook.com

Richard J. Hollander     mhj@floridabankruptcy.com, backupnotices@comcast.net,

mhbknotices@outlook.com

Scott Randall Rost     srrost@bmdpl.com, amkupcinskas@bmdpl.com, dakallas@bmdpl.com, dsthompson@bmdpl.com, ntlee@bmdpl.com

**2:22-cv-00034-SPC-KCD Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/22/2023] [FileNumber=23294832-0] [31c08c094505ab898fc26a74a23d61219731eb4ad5f8d2fec9d11fa201b90830b15fc561b355976b7e936c6324083ecffbebec1e2daac67571d7b0bd92abfe42]]

**Document description:** Exhibit 1 - Responses
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/22/2023] [FileNumber=23294832-1] [1f16eb142d9596f1ec1b5c9db14db38150216dccc3ba5584e408d147d576aa63acc3a4d3eba9ec6d5be642596fec1f5278fed24ff23aa274bc3afb4ce79de7b1]]

**Document description:** Exhibit 2 - Amended Responses
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/22/2023] [FileNumber=23294832-2] [6bd0b36a7eb7afb3d121e408c7a82d24afeb92358a54caa98c254f683f436eb74cae751adee2f4eac20c12526aaca137e66c244b3dbf2309c1e4aff9028707a7]]