| | |
|---|---|
| **From:** | Alicia M. Kupcinskas |
| **To:** | Richard; Ronald Hollander |
| **Cc:** | Scott R. Rost; Deborah A. Kallas |
| **Subject:** | Discovery deadline |
| **Date:** | Monday, August 21, 2023 8:23:30 PM |
| **Attachments:** | image001.png |

Rich,

The day flew past me.  Today is our deadline to get you the second set of discovery answers.  I apologize as I have not been able to reach my client to finalize.  In addition, I read your motion to compel and was under the impression that we did send you the verified answers to the interrogatories.  I guess I was wrong, I apologize for the delay.  We will be getting those to you once I am able to get a hold of my client.  I am hoping I can reach him this week.  Would you please allow me an additional two weeks to get you the information requested and the answers to the second set of discovery? I will be on vacation starting Thursday and will be back in the office Monday.  If you wish to discuss further, lets set a call for next week and I can get something on the schedule.

Thank you,



PARTNER

### Alicia M. Kupcinskas

O| 904.366.1500   D |904.366.2324

amkupcinskas@bmdpl.com

5210 Belflort Rd., Suite 400, Jacksonville, Florida 32256

bmdllc.com

**EXHIBIT B**