| | |
|---|---|
| **From:** | Scott R. Rost |
| **To:** | Ronald Hollander |
| **Cc:** | david giangrossi; Audrey S. Wanich; M. Keith Blankenship (keith@dnotebook.com); Deborah A. Kallas; Alicia M. Kupcinskas |
| **Subject:** | Graziano discovery issues |
| **Date:** | Friday, August 25, 2023 1:18:44 PM |
| **Attachments:** | image001.png<br>image002.png |

This confirms my phone conference with Rich just now, which will constitute our good faith conferral for purposes of his forthcoming Motion to Compel if we cannot resolve these issues by next week. Rich seeks answers to all outstanding discovery including signatures to original and amended interrogatories. I reported that David Giangrossi had advised that we should have had them yesterday, and that in response I had suggested that they had come only to Alicia Kupcinskas, who is presently traveling outside the country. However, I did not represent any of this as a matter of fact as I do not know this for certain. I ask my colleagues copied to provide any and all additional information they can concerning this as soon as possible. Thanks.

Please note that Audrey Wanich is included by error.



MEMBER

## Scott R. Rost

BOARD CERTIFIED IN BUSINESS LITIGATION
BY THE FLORIDA BAR



O| 407.634.4590
srrost@bmdpl.com
255 South Orange Avenue, Suite 700,
Orlando, Florida 32801
bmdllc.com

**EXHIBIT C**