| | |
|---|---|
| **From:** | Alicia M. Kupcinskas |
| **To:** | Richard; Ronald Hollander |
| **Cc:** | Scott R. Rost; Jillian M. Durrance; Deborah A. Kallas |
| **Subject:** | Schelling"s Second RFP to Graziano |
| **Date:** | Thursday, August 31, 2023 11:49:47 AM |
| **Attachments:** | image001.png |

Rich/Ronald,

Can you please clarify what you are requesting as to the below Request No. 4 within your Second Request for Production? I'd rather not have to object.

All documents in support of the monies received under the Settlement Agreements reached between Eagle Creek Community Association or Eagle Creek of Naples Condominium Association, Inc. and Plaintiff, ==including any documents which indicate that funds were reimbursement for any repairs caused by any damage of Schelling==

Thank you,



PARTNER

## Alicia M. Kupcinskas

O| 904.366.1500   D |904.366.2324

amkupcinskas@bmdpl.com

5210 Belflort Rd., Suite 400, Jacksonville, Florida 32256

bmdllc.com

**EXHIBIT D**